AO 245B-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: **1:21MJ00019-001** |
| **RAUL REVELES DE LA CUEVA** | Defendant's Attorney: Matthew Lemke |

**THE DEFENDANT:**

[✓] pleaded guilty to count(s) __1 and 3__ of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. § 4.2, C.V.C. § 27360(a) | Permitting a Child under Eight Years to be Transported by Vehicle without a Child Passenger Seat Restraint System. (Class B Misdemeanor) | 2/27/2021 | 1 |
| 36 C.F.R. S 4.2 C.V.C. § 12500(a) | Operating a Motor Vehicle without a Valid Driver's License. (Class B Misdemeanor) | 2/27/2021 | 3 |

     The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Count(s) __2__ is dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.    [✓] Appeal rights waived. Collateral Attack waived.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/12/2021
Date of Imposition of Judgment

_[signature]_

Signature of Judicial Officer
**Stanley A. Boone**, United States Magistrate Judge
Name & Title of Judicial Officer
8/18/2021
Date

AO 245B-CAED (Rev. 09/2019) Sheet 4 - Misdemeanor Probation

DEFENDANT: **RAUL REVELES DE LA CUEVA**     Page 2 of 2
CASE NUMBER: **1:21MJ00019-001**

## PROBATION

The defendant is hereby sentenced to probation for a term of:
<u>12 montha (until 8/12/2022)</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant shall pay a fine of $500.00 and a special assessment of $10.00 for a total financial obligation of $510.00, which shall be paid at the rate of $50.00, per month commencing on 9/15/2021, and each month thereafter by the 15th of the month until paid in full. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CLERK U.S.D.C.
    2500 Tulare Street, Rm 1501
    Fresno, CA 93721

5. The defendant is ordered to personally appear for a Probation Review Hearing on 6/16/2022 at 10:00 am before U.S. Magistrate Judge Boone.

    A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review.